UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,                              19-CV-3792 (JMF)

      -v-                                             ORDER

JAMES SINISCALCHI,

                Defendant.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the entry of judgment on September 24, 2021, in the parallel criminal proceeding against Defendant, *see* 19-CR-480-02 (RA), ECF No. 79, the stay of this case is hereby lifted, *see* ECF No. 14.  The parties are reminded of their obligation to file a joint letter proposing next steps in this action no later than **October 8, 2021**.  *See id.*

       Additionally, the Clerk of Court is directed to update the docket to reflect that Defendant is currently proceeding *pro se*, and that his mailing address is 18 Cornelia Street, Apartment 16, New York, NY 10014.  The Clerk of Court is further directed to mail a copy of this Order to Defendant.

       SO ORDERED.

Dated: September 27, 2021
       New York, New York

                                                    JESSE M. FURMAN
                                            United States District Judge